**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

JAMES H. JACOBS, AS TRUSTEE OF THE JAMES H. JACOBS TRUST, and HARRIS, N.A., AS TRUSTEE OF THE ESTATE OF WARREN CASEY, ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED,

Plaintiffs,

v.

CARNIVAL CORPORATION, CARNIVAL CRUISE LINES, CARNIVAL PLC, CELEBRITY CRUISES, INC., COSTA CRUISE LINES, NIPPON YUSEN KAISHA D/B/A NYK LINE, CRYSTAL CRUISES, CUNARD LINE, LTD., HOLLAND AMERICA LINE, INC., NORWEGIAN CRUISE LINE CORPORATION, LTD., PRINCESS CRUISE LINES, LTD., CARLSON CRUISES WORLDWIDE, INC., RADISSON SEVEN SEAS CRUISES, INC., ROYAL CARIBBEAN CRUISES, LTD., SEABOURN CRUISE LINE, LTD., SWAN HELLENIC CRUISES, WINDSTAR CRUISES, and JOHN DOES 1 through 100.

Defendants.

CIVIL ACTION NO. JUDGE BATTS

**COMPLAINT AND JURY DEMAND**

06 CV 0606

RECEIVED
JAN 25 2006
U.S.D.C. S.D. N.Y.
CASHIERS

Plaintiffs James ("Jim") H. Jacobs, as Trustee of the James H. Jacobs Trust, and Harris, N.A., as Trustee of the Estate of Warren Casey, on behalf of themselves and others similarly situated, by and through their attorneys, Porzio, Bromberg & Newman, P.C., and Ronald S. Taft, P.C. complain of defendants as follows:

## NATURE OF THE ACTION

1. This is an action for violation of the copyright laws of, and treaties and/or conventions signed by, the United States arising from the infringement of plaintiffs' copyrights in plaintiffs' original copyrighted songs, lyrics and the book of the theatrical production of

"GREASE." In addition, plaintiffs seek to represent the class of copyright owners whose works have been infringed by the defendants as described below.

**JURISDICTION AND VENUE**

2. Jurisdiction is founded on a federal question within the meaning of 28 U.S.C. §§1331 and 1338(a) in that this is, *inter alia*, a suit for copyright infringement under 17 U.S.C. §101 *et seq*.

3. Venue of this action is based upon 28 U.S.C. §§1391(b)(2) and 1400 because a substantial part of the events giving rise to the within claim occurred in New York and/or the defendants or their agents reside or may be found in New York. In addition, defendants are subject to personal jurisdiction in this judicial district.

**THE PARTIES**

4. Plaintiff James H. Jacobs, as Trustee of the James H. Jacobs Trust ("Jacobs"), is an individual residing in California.

5. Plaintiff Harris, N.A. ("Harris"), as Trustee of the Estate of Warren Casey ("Casey"), is a corporation located in Chicago, Illinois, and Trustee under the Will of Warren Casey.

6. Upon information and belief, defendants Carnival Corporation and Carnival plc (collectively "Carnival") are global cruise companies and separate legal entities that function as one economic entity through certain contractual agreements between them.

7. Upon information and belief, Carnival is one of the largest vacation companies in the world and its stock is listed on the New York Stock Exchange under the symbol "CCL."

8. Upon information and belief, Carnival is the brand holder for defendant Carnival Cruise Lines ("Carnival Cruise Lines").

9.  Upon information and belief, Carnival Cruise Lines operates twenty-one (21) cruise ships that sail to and from ports around the world, including the port of New York.

10. Upon information and belief, Costa Cruise Lines ("Costa") is a global cruise company that operates ten (10) cruise ships that sail to and from ports around the world, including the port of New York.

11. Upon information and belief, defendant Carnival is the brand holder for Costa.

12. Upon information and belief, defendant Cunard Line, Ltd. ("Cunard") is a global cruise company that operates two (2) cruise ships that sail to and from ports around the world, including the port of New York.

13. Upon information and belief, Defendant Carnival is the brand holder for Cunard.

14. Upon information and belief, defendant Holland America Line, Inc. ("Holland America") is a global cruise company that operates thirteen (13) cruise ships that sail to and from ports around the world, including the port of New York.

15. Upon information and belief, Defendant Carnival is the brand holder for Holland America.

16. Upon information and belief, defendant Princess Cruise Lines Ltd. ("Princess") is a global cruise company that operates fifteen (15) cruise ships that sail to and from ports around the world, including the port of New York.

17. Upon information and belief, Defendant Carnival is the brand holder for Princess.

18. Upon information and belief, defendant Seabourn Cruise Line, Ltd. ("Seabourn") is a global cruise company that operates three (3) cruise ships that sail to and from ports around the world, including the port of New York.

19. Upon information and belief, Defendant Carnival is the brand holder for Seabourn.

20. Upon information and belief, defendant Swan Hellenic Cruises ("Swan") is a global cruise company that operates one (1) cruise ship that sails to and from ports around the world, including the port of New York.

21. Upon information and belief, Defendant Carnival is the brand holder for Swan Hellenic.

22. Upon information and belief, defendant Windstar Cruises ("Windstar") is a global cruise company that operates three (3) cruise ships that sail to and from ports around the world, including the port of New York.

23. Upon information and belief, Defendant Carnival is the brand holder for Windstar.

24. Upon information and belief, defendant Royal Caribbean Cruises, Ltd. ("Royal") is a global cruise company that operates Royal Caribbean International ("RCI") and Celebrity Cruises, Inc. ("Celebrity").

25. Upon information and belief, RCI is a global cruise company that operates nineteen (19) cruise ships that sail to and from ports around the world, including New York.

26. Upon information and belief, Celebrity is a global cruise company that operates ten (10) cruise ships that sail to and from ports around the world, including the port of New York.

27. Upon information and belief, defendant Crystal Cruises ("Crystal") is a global cruise company that is wholly-owned by Defendant Nippon Yusen Kaisha d/b/a NYK Line ("NYK") and operates three (3) cruise ships that sail to and from ports around the world, including the port of New York.

28. Upon information and belief, defendant Norwegian Cruise Line Corporation, Ltd. ("NCL") is a global cruise company that operates eleven (11) cruise ships that sail to and from ports around the world, including the port of New York.

29. Upon information and belief, defendant Radisson Seven Seas Cruises, Inc. ("Radisson") is a global cruise company that is wholly-owned by Defendant Carlson Cruises Worldwide, Inc. ("Carlson") and operates five (5) cruise ships that sail to and from ports around the world, including the port of New York.

30. John Does 1 through 100 are officers, directors, independent contractors (individual and/or corporations), and/or employees of defendants who directly and/or indirectly, infringed and/or contributed to the infringement of the intellectual property, including without limitation, the copyrights, of the plaintiffs and the class described in Paragraph 33.

## COPYRIGHT OWNERSHIP

31. Jim Jacobs and Warren Casey are the authors of, and Jacobs and Casey are their successors in interest and the exclusive owners of any and all rights of any and every nature whatsoever, including without limitation, the copyrights, in and to the musical play, including the original music and original text, entitled "GREASE" ("Grease"), one of the most successful musicals in Broadway history. The rights of Warren Casey, who is deceased, are administered by Harris. The James H. Jacobs Trust is the successor to all of the rights of Jim Jacobs.

32. Jacobs and Casey are the owners of all rights in and to "Grease," including without limitation, the copyrights and registrations in the United States Copyright Office relating to "Grease" including, but not limited to, the following:

| **COPYRIGHT** | **Reg. Nos.** |
|---|---|
| Source of "Grease" | EU 227475, RE 664-865 |
| GREASE (Book) | DU 79686, RE 644-873 |
| GREASE (Book) | DU 78858, re 780-455 |
| Vocal Selections from "Grease" (Broadway Musical) | EP 308775 |

| | |
|---|---|
| GREASE – A New '50's' Rock "N" Roll Musical | A374136 |
| Born to Hand Jive (Contained in folio "Grease") | PA 19-149 |
| SUMMER NIGHTS, WE GO TOGETHER and ALONE AT THE DRIVE-IN MOVIE as contained in "Selections fr. "Grease" | PA 52-261 |
| SUMMER NIGHTS (contained in folio "Grease") | PA 19-143 |
| SUMMER NIGHTS from the musical production "GREASE" | EP 299484 |
| THERE ARE WORSE THINGS I COULD DO from the musical production "GREASE" | EP 299483 |
| Rock "N" Roll Party Queen (contained in folio "Grease") | PA 19-151 |

(Plaintiffs' copyrights associated with Grease including, but not limited to, those specifically named herein, are hereinafter collectively referred as "Grease Copyrights"). True and correct copies of plaintiffs' copyright certificates, or printouts from the United States Copyright Office Web site, evidencing plaintiffs' copyright registrations identified herein are attached hereto as Exhibit A.

## CLASS ACTION ALLEGATIONS

33. The proposed class ("Class") consists of all owners of the intellectual property of any and every nature whatsoever, including without limitation, the copyrights in and to musical plays, including original music and original text, and other works that have been performed throughout the United States, including without limitation, on and off Broadway.

34. Pursuant to Federal Rule of Civil Procedure 23, plaintiffs seek Class certification because (a) the Class is so numerous that joinder of all members is impracticable; (b) there are questions of law and fact common to the Class; (c) the claims or defenses of the representative

party are typical of the claims and defenses of the Class; and (d) the representative party will fairly and adequately protect the interests of the Class. The common questions of law and fact, among others, include:

a.   Whether defendants infringed plaintiffs' rights in their copyrighted works and other intellectual property and the rights of the putative Class in their copyrighted works and other intellectual property by presenting performances of Grease and other plays, among other intellectual property, on defendants' cruise ships without securing the necessary licenses and/or permissions;

b.   Whether defendants infringed plaintiffs' rights in their copyrighted works and other intellectual property and the rights of the putative Class in their copyrighted works and other intellectual property by altering, modifying, changing and/or presenting such altered, modified and/or changed Grease and other plays and works around by plaintiffs and they Class members.

c.   Whether defendants' conduct entitles plaintiffs and the putative Class to an order permanently enjoining defendants from: (1) performing plaintiffs' and Class members' copyrighted works, and/or any portion thereof, and (2) violating any of plaintiffs' and Class members' intellectual property;

d.   Whether defendants' conduct entitles plaintiffs and the Class members to an order requiring defendants to account for and pay over to the plaintiffs and the Class members all profits and advantages realized by defendants as a result of their infringement of plaintiffs' and the Class members' copyrighted works and other intellectual property;

e. Whether defendants' conduct entitles plaintiffs and the Class members to such damages, including statutory damages, as they have sustained as a consequence of defendants' infringement of plaintiffs' and the Class members' copyrighted works and other intellectual property;

f. Whether defendants' conduct entitles plaintiffs and the Class members to receive from defendants the costs of this action, punitive damages, treble damages and attorneys' fees.

35. Plaintiffs will fairly and adequately represent the interests of the Class members. Plaintiffs' interests are the same as and not in conflict with the interests of the other Class members. Plaintiffs' counsel is experienced in class actions, complex litigation, and copyright infringement actions.

36. Plaintiffs request that this Court certify the Class described above in Paragraph 33 pursuant to Federal Rule of Civil Procedure 23(b) (2) or (3).

**DEFENDANTS' ACTS OF INFRINGEMENT**

37. In violation of the copyright laws of, and treaties and/or conventions signed by, the United States, Celebrity has publicly performed and presented significant portions, and/or all, of Grease without securing the necessary licenses and/or permissions. Within the United States, Celebrity and John Does 1 through 100 planned, prepared, authorized, developed, performed and/or presented such public performances and presentations.

38. Specifically, Celebrity has performed and presented at least three hundred and fifty-six (356) performances of Grease, all without securing the necessary licenses and/or permissions.

39.     Upon information and belief, Celebrity has performed and presented thousands of performances of other famous and enormously popular Broadway, off Broadway and other plays, and other works, all of whose intellectual property rights, including without limitation the copyrights, are owned by Class members, all without securing the necessary licenses and/or permissions from Class members.

40.     In violation of the copyright laws of, and treaties and/or conventions signed by, the United States, Carnival and Princess have publicly performed and presented significant portions, and/or all, of Grease without securing the necessary licenses and/or permissions. Within the United States, Carnival, and Princess and John Does 1 though 100 planned, prepared, authorized, developed, performed and/or presented such public performances and presentations.

41.     Upon information and belief, Carnival and Princess have presented thousands of performances of other famous and enormously popular Broadway, off Broadway and other plays, and other works, all of whose intellectual property rights, including without limitation the copyrights, are owned by Class members, all without securing the necessary licenses and/or permissions from Class members.

42.     Upon information and belief, all of the remaining defendants have publicly performed and presented significant portions, and/or all, of Grease and/or other famous and enormously popular Broadway, off Broadway, other plays and other works, all of whose intellectual property rights, including without limitation the copyrights, are owned by Class members, all without securing the necessary license and/or permissions from plaintiffs and/or Class members.  Within the United States, said remaining defendants and John Does 1 through 100 planned, prepared, authorized, developed, performed and/or presented such public performances and presentations.

43.     Upon information and belief, defendants John Does 1 though 100 are directly and/or indirectly responsible for such infringement and/or contributory infringement as a result of planning, preparing, and authorizing such acts of infringement.

## COUNT I

## COPYRIGHT INFRINGEMENT

44.     Plaintiffs hereby incorporate paragraphs 1-43 as set forth above.

45.     Plaintiffs have complied in all respects with Title 17 of the United States Code, secured the exclusive rights and privileges in and to copyrights and, in compliance with the law, have received from the Register of Copyrights the appropriate certificates of registration, which constitute prima facie evidence of the validity of the Grease copyrights and of the facts stated in said certificates (attached hereto as Exhibit A).

46.     Defendants' performance and presentation of Grease and other plays and works infringed and continue to infringe the Grease Copyrights and Class members' copyrights.

47.     Upon information and belief, such conduct by defendants was and is willfully done with knowledge of the rights of plaintiffs and the Class members.

48.     By reason of defendants' acts and infringements, plaintiffs and the Class members have sustained and will continue to sustain substantial injury, loss and damage to their rights.

49.     Further irreparable harm to plaintiffs and the Class members are imminent as a result of defendants' conduct, and plaintiffs and the Class member are without an adequate remedy at law.   Plaintiffs and the Class members are entitled to an injunction restraining defendants, their officers, directors, agents, employees, representatives and all persons acting in concert with them from engaging in such further acts of copyright infringement.

50. Plaintiffs and the Class members are further entitled to recover from defendants the damages sustained by them as a result of defendants' acts of copyright infringement. Plaintiffs and the Class members are at present unable to ascertain the full extent of the monetary damage suffered by reason of defendants' acts of copyright infringement, but they are informed and believe, and on the basis of such information and belief allege, that plaintiffs and the Class members have sustained such damage in an amount exceeding $50,000,000.00.

51. Plaintiffs and the Class members are further entitled to recover from defendants the gains, profits and advantages they have obtained as a result of their acts of copyright infringement. Plaintiffs and the Class members are at present unable to ascertain the full extent of the gains, profits and advantages defendants have obtained by reason of their acts of copyright infringement, but plaintiffs and the Class members are informed and believe, and on the basis of such information and belief allege, that defendants have obtained such gains, profits and advantages in an amount exceeding $50,000,000.00.

**COUNT II**

**COPYRIGHT INFRINGEMENT**

52. Plaintiffs hereby incorporate paragraphs 1-51 as set forth above.

53. Defendants have altered, modified and changed Grease and other plays and works owned by the plaintiffs and the Class members. Defendants have developed, planned, prepared, authorized, performed and presented such altered, modified and changed Grease and other plays and works owned by the plaintiffs and the Class members. Such acts infringed and continue to infringe the Grease Copyrights and Class members' copyrights and other intellectual property rights.

54.    Upon information and belief, such conduct by defendants was and is willfully done with knowledge of the rights of plaintiffs and the Class members.

55.    By reason of defendants' acts and infringements, plaintiffs and the Class members have sustained and will continue to sustain substantial injury, loss and damage to their rights.

56.    Further irreparable harm to plaintiffs and the Class members is imminent as a result of defendants' conduct, and plaintiffs and the class members are without an adequate remedy at law.    Plaintiffs and the Class members are entitled to an injunction restraining defendants, their officers, directors, agents, employees, representatives and all persons acting in concert with them from engaging in such further acts of copyright infringement.

57.    Plaintiffs and the Class members are further entitled to recover from defendants the damages sustained by them as a result of defendants' acts of copyright infringement. Plaintiffs and the Class members are at present unable to ascertain the full extent of the monetary damage suffered by reason of defendants' acts of copyright infringement, but they are informed and believe, and on the basis of such information and belief allege, that plaintiffs and the Class members have sustained such damage in an amount exceeding $50,000,000.00.

58.    Plaintiffs and the Class members are further entitled to recover from defendants the gains, profits and advantages they have obtained as a result of their acts of copyright infringement. Plaintiffs and the Class members are at present unable to ascertain the full extent of the gains, profits and advantages defendants have obtained by reason of their acts of copyright infringement, but plaintiffs and the Class members are informed and believe, and on the basis of such information and belief allege, that defendants have obtained such gains, profits and advantages in an amount exceeding $50,000,000.00.

## PRAYER FOR RELIEF

WHEREFORE, plaintiffs and the Class members demand:

A.      That defendants, their agents, servants, successors and assigns, and all parties in privity with them be permanently enjoined from infringing any of plaintiffs' and the Class members' copyrighted works and intellectual property and any portion thereof;

B.      That defendants be ordered to account for and pay over to the plaintiffs and the Class members all profits and advantages realized by defendants as a result of their infringement of plaintiffs' and the Class members' copyrighted works and intellectual property  and other wrongful conduct;

C.      That defendants be ordered to pay to plaintiffs and the Class members such damages as plaintiffs and the Class members have sustained as a consequence of defendants' infringement;

D.      That a judgment be entered against defendants and in favor of plaintiffs and the Class members for an amount to be proven at trial but in any event not less than $50,000,000.00 for the damages incurred by plaintiffs and the Class members as a result of defendants' acts;

E.      That defendants pay to plaintiffs and the Class members  the costs of this action, punitive damages, treble damages  and plaintiffs' and the Class members' reasonable attorneys' fees; and

H.      That plaintiffs and the Class members have such other and further relief as the Court may deem proper and just.

**DEMAND FOR JURY**

Plaintiffs hereby demand a jury as to all issues triable to a jury.

PORZIO, BROMBERG & NEWMAN, P.C.
Attorneys for Plaintiffs
156 West 56th Street
New York, New York 10019-3800
(212) 265-6888

- and -

100 Southgate Parkway
Morristown, New Jersey 07962-1997
(973) 538-4006

By:________________________
Howard J. Schwartz (HJS-2304)

- and -

RONALD S. TAFT, P.C.
Attorneys for Plaintiffs
18 West 55th Street
New York, New York 10019

Dated: January 25, 2006

## SYNOPSIS OF SCENES AND MUSICAL NUMBERS

### ACT ONE

SCENE 1: REUNION
"Alma Mater" .............. *Miss Lynch, Patty and Eugene*
"Alma Mater" Parody ..... *Pink Ladies, Burger Palace Boys*

SCENE 2: CAFETERIA AND SCHOOL STEPS
"Summer Nights" ......... *Sandy and Danny, Pink Ladies, Burger Palace Boys*
"Those Magic Changes" ........ *Doody, Burger Palace Boys and Pink Ladies*

SCENE 3: PAJAMA PARTY
"Freddy, My Love ............... *Marty, and Pink Ladies*

SCENE 4: STREET CORNER
"Greased Lightnin' " ...... *Kenickie, and Burger Palace Boys*

SCENE 5: SCHOOLYARD

SCENE 6: PARK
"Mooning" ........................... *Roger and Jan*
"Look at Me, I'm Sandra Dee" .................. *Rizzo*
"We Go Together" .... *Pink Ladies and Burger Palace Boys*

### ACT TWO

SCENE 1: ON STAGE
"Shakin' at the High School Hop" ......... *Entire Company*
"It's Raining on Prom Night" .................... *Sandy*
(Radio—Voice offstage)
SCHOOL GYM
"Shakin' at the High School Hop" Reprise .. *Entire Company*
"Born to Hand-Jive" ........ *Johnny Casino and Company*

SCENE 2: FRONT OF BURGER PALACE
"Beauty School Dropout" .... *Teen Angel, Frenchy and Choir*

SCENE 3: DRIVE-IN-MOVIE
"Alone at a Drive-In Movie" .. *Danny and Burger Palace Boys*

SCENE 4: JAN'S PARTY
"Rock 'N' Roll Party Queen" ............ *Doody and Roger*
"There Are Worse Things I Could Do" ............. *Rizzo*
"Look at Me, I'm Sandra Dee" Reprise ............ *Sandy*

SCENE 5: INSIDE BURGER PALACE
"All Choked Up" .......... *Sandy and Danny, Pink Ladies, Burger Palace Boys*

FINALE
"We Go Together" Reprise .............. *Entire Company*

LIBRARY OF CONGRESS

Copyright Office of the United States

WASHINGTON, D.C.

# ADDITIONAL CERTIFICATE OF REGISTRATION OF A CLAIM TO COPYRIGHT

THIS IS TO CERTIFY THAT THE STATEMENTS SET FORTH IN THE ATTACHED HAVE BEEN MADE A PART OF THE RECORDS OF THE COPYRIGHT OFFICE WITH CLAIM OF COPYRIGHT REGISTERED UNDER NUMBER

Eu 227475

IN TESTIMONY WHEREOF, THE SEAL OF THIS OFFICE IS AFFIXED HERETO ON

October 26, 1998

Marybeth Peters

REGISTER OF COPYRIGHTS
United States of America
REGISTER OF COPYRIGHTS

FORM E

Page 1

| CLASS | REGISTRATION NO. |
|---|---|
| E | Eu 227475 |
| | DO NOT WRITE HERE |

# Application for Registration of a Claim to Copyright

in a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 9. For published works the application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with:

*(a)* If unpublished, one complete copy of the work and the registration fee of $6.

*(b)* If published, two copies of the best edition of the work and the registration fee of $6.

Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). In the case of published works the name(s) should ordinarily be the same as in the notice of copyright on the copies deposited.

Name Warren Casey

Address 3259 N. Broadway, Chicago, Illinois 60657

Name Jim Jacobs

Address 5304 N. Newcastle, Chicago, Illinois 60656

**2. Title:** Score of "Grease"

(Give the title of the musical composition as it appears on the copies)

**3. Authors:** Citizenship and domicile information must be given. Where a work is made for hire, the employer is the author. Organizations formed under U.S. Federal or State law are U.S. citizens.

Authors include composers of music, authors of words, arrangers, compilers, etc. If the copyright claim is based on new matter (see line 5) give information about the author of the new matter.

Name Warren Casey (Give legal name followed by pseudonym if latter appears on the copies) Citizenship: U.S.A. X (Check if U.S. citizen) Other ______ (Name of country)

Domiciled in U.S.A. Yes X No ___ Address 3259 Broadway Chicago Ill Author of Words& Music (State which: words, music, arrangement, etc.)

Name Jim Jacobs (Give legal name followed by pseudonym if latter appears on the copies) Citizenship: U.S.A. X (Check if U.S. citizen) Other ______ (Name of country)

Domiciled in U.S.A. Yes X No ___ Address 5304 N. Newcastle Chicago Author of Words& Music (State which: words, music, arrangement, etc.)

Name ______ (Give legal name followed by pseudonym if latter appears on the copies) Citizenship: U.S.A. ___ (Check if U.S. citizen) Other ______ (Name of country)

Domiciled in U.S.A. Yes ___ No ___ Address ______ Author of ______ (State which: words, music, arrangement, etc.)

NOTE: **Leave all spaces of line 4 blank unless your work has been PUBLISHED.**

**4. (a) Date of Publication:** Give the date when copies of this particular version of the work were first placed on sale, sold, or publicly distributed. The date when copies were made or printed, or the date when the work was performed should not be confused with the date of publication. NOTE: The full date (month, day, and year) must be given.

______ (Month) (Day) (Year)

**(b) Place of Publication:** Give the name of the country in which this particular version of the work was first published.

______

NOTE: **Leave all spaces of line 5 blank unless the instructions below apply to your work.**

**5. Previous Registration or Publication:** If a claim to copyright in any substantial part of this work was previously registered in the U.S. Copyright Office in unpublished form, or if any substantial part of the work was previously published anywhere, give requested information.

Was work previously registered? Yes ___ No ___ Date of registration ______ Registration number ______

Was work previously published? Yes ___ No ___ Date of publication ______ Registration number ______

Is there any substantial **NEW MATTER** in this version? Yes ___ No ___ If your answer is "Yes," give a brief general statement of the nature of the **NEW MATTER** in this version. (New matter may consist of compilation, arrangement, adaptation, editorial revision, and the like, as well as additional words and music.)

EXAMINER

7. Name and address of person ... 3259 N. Broadway Chicago Ill.

Name Warren Casey

8. Send certificate to:

(Type or print name and address)

Name: Warren Casey

Address: 3259 Broadway (Number and street)

Chicago (City) Illinois (State) 60657 (ZIP code)

9. Certification: (Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

Warren Casey Jim Jacobs (Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

- Class A — Form A—Published book manufactured in the United States of America.
- Class A or B — Form A-B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
- Form A-B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.
- Class B — Form B—Periodical manufactured in the United States of America.
- Form BB—Contribution to a periodical manufactured in the United States of America.
- Class C — Form C—Lecture or similar production prepared for oral delivery.
- Class D — Form D—Dramatic or dramatico-musical composition.
- Class E — Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.
- Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.
- Class F — Form F—Map.
- Class G — Form G—Work of art or a model or design for a work of art.
- Class H — Form H—Reproduction of a work of art.
- Class I — Form I—Drawing or plastic work of a scientific or technical character.
- Class J — Form J—Photograph.
- Class K — Form K—Print or pictorial illustration.
- Form KK—Print or label used for an article of merchandise.
- Class L or M — Form L-M—Motion picture.
- Form R—Renewal copyright.
- Form U—Notice of use of copyrighted music on mechanical instruments.

FOR COPYRIGHT OFFICE USE ONLY

| | |
|---|---|
| Application received | |
| One copy received | |
| Two copies received | |
| Fee received 59704 JAN 11 71 | |
| Renewal | |

Page 2



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

UNITED STATES COPYRIGHT OFFICE

RE 664-865

EFFECTIVE DATE OF RENEWAL REGISTRATION

January (Month) 5 (Day) 1999 (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET(RE/CON).

## 1

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM ▼** (See Instructions)

1
Name: HARRIS TRUST AND SAVINGS BANK
Address: 111 West Monroe Street, P.O. Box 755, Chicago, IL 60690
Claiming as: the executor of the author, Warren Casey
(Use appropriate statement from instructions)

2
Name: JIM JACOBS
Address: 2717 Via Elevado, Palos Verdes Ests., CA 90274
Claiming as: the author

3
Name:
Address:
Claiming as:

## 2

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED ▼**

GREASE - Score

**RENEWABLE MATTER ▼**

Score

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or other composite work, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼

## 3

**AUTHOR(S) OF RENEWABLE MATTER ▼**

Warren Casey and Jim Jacobs

## 4

**ORIGINAL REGISTRATION NUMBER ▼** Eu 227475

**ORIGINAL COPYRIGHT CLAIMANT ▼** Warren Casey and Jim Jacobs

**ORIGINAL DATE OF COPYRIGHT**

If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: (Month) (Day) (Year)

OR

If the original registration for this work was made in unpublished form:
DATE OF REGISTRATION: January (Month) 11, (Day) 1971 (Year)

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-8) on the reverse side of this page.
• See detailed instructions
• Sign the form at space 7.

DO NOT WRITE

Page 1 of 2

JAN 05 1999

CORRESPONDENCE [ ] YES

EXAMINED BY

CHECKED BY

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (RE/CON).

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

1. Title of Contribution: ..........
Title of Periodical: .......... Vol .......... No .......... Issue Date: ..........
Date of Publication: .......... (Month) (Day) (Year) Registration Number ..........

2. Title of Contribution: ..........
Title of Periodical: .......... Vol .......... No .......... Issue Date: ..........
Date of Publication: .......... (Month) (Day) (Year) Registration Number. ..........

3. Title of Contribution: ..........
Title of Periodical: .......... Vol .......... No .......... Issue Date: ..........
Date of Publication: .......... (Month) (Day) (Year) Registration Number: ..........

4. Title of Contribution: ..........
Title of Periodical: .......... Vol .......... No .......... Issue Date: ..........
Date of Publication: .......... (Month) (Day) (Year) Registration Number: ..........

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name

Account Number

**CORRESPONDENCE:** Give name and address to which correspondence about this application should be sent.

Name Ronald S. Taft

Address 18 West 55th Street, 4th Fl. (Apt)

New York, NY 10019
(City) (State) (ZIP)

Area Code and FAX Number ▶ (212) 315-2540

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the: (Check one)
renewal claimant
duly authorized agent of HARRIS TRUST & SAVINGS BANK, as executor and JIM JACOBS
(Name of renewal claimant) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Ronald S. Taft

Date ▼ January 4, 1999

Handwritten signature (X) ▼

**MAIL CERTIFICATE TO**

Name ▼
RONALD S. Taft

Number Street Apt ▼
18 West 55th Street, 4th Floor

City State ZIP ▼
New York, NY 10019

Certificate will be mailed in window envelope

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 7

SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1994-301-



LIBRARY OF CONGRESS
Copyright Office of the United States
WASHINGTON, D.C.

# ADDITIONAL CERTIFICATE OF REGISTRATION OF A CLAIM TO COPYRIGHT

UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS

THIS IS TO CERTIFY THAT THE STATEMENTS SET FORTH IN THE ATTACHED HAVE BEEN MADE A PART OF THE RECORDS OF THE COPYRIGHT OFFICE WITH CLAIM OF COPYRIGHT REGISTERED UNDER NUMBER
Du 79686

IN TESTIMONY WHEREOF, THE SEAL OF THIS OFFICE IS AFFIXED HERETO ON

October 26, 1998

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*
REGISTER OF COPYRIGHTS

FORM D

| CLASS | REGISTRATION NO. |
|---|---|
| D | Du 79686 |
| | DO NOT WRITE HERE |
| | DF DFO DP DU |

# Application for Registration of a Claim to Copyright in a dramatic or dramatico-musical composition

Instructions: Make sure that all applicable spaces have been completed before you submit the form. The application must be signed at line 9. For published works the application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4. Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with:

(a) If unpublished, one complete copy of the work and the registration fee of $6.

(b) If published, two copies of the best edition of the work and the registration fee of $6.

Make your remittance payable to the Register of Copyrights.

1. Copyright Claimant(s) and Address(es): Give the name(s) and address(es) of the copyright owner(s). In the case of published works the name(s) should ordinarily be the same as in the notice of copyright on the copies deposited.

Name: 1) Warren Casey

Address: 3259 Broadway, Chicago, Illinois 60657

Name: 2. Jim Jacobs

Address: 5304 N. Newcastle, Chicago, Illinois 60656

2. Title: GREASE (Book)
(Give the title of the dramatic or dramatico-musical composition as it appears on the copies)

3. Authors: Citizenship and domicile information must be given. Where a work is made for hire, the employer is the author. The citizenship of organizations formed under U.S. Federal or State law should be stated as U.S.A.

Authors may be editors, translators, etc., as well as authors of original dramatic material. If the copyright claim is based on new matter (see line 5) give information about the author of the new matter.

Name: Warren Casey (Give legal name followed by pseudonym if latter appears on the copies) Citizenship: U. S. A. (Name of country)

Domiciled in U.S.A. Yes X No ______ Address 3259 Broadway, CHicago, Ill. 60657

Name: Jim Jacobs (Give legal name followed by pseudonym if latter appears on the copies) Citizenship: U. S. A. (Name of country)

Domiciled in U.S.A. Yes X No ______ Address 5304 N. Newcastle, CHicago, Ill. 60656

Name: ______ (Give legal name followed by pseudonym if latter appears on the copies) Citizenship ______ (Name of country)

Domiciled in U.S.A. Yes ______ No ______ Address ______

NOTE: **Leave all spaces of line 4 blank unless your work has been PUBLISHED.**

4. (a) Date of Publication: Give the date when copies of this particular version of the work were first placed on sale, sold, or publicly distributed. The date when copies were made or printed, or the date when the work was performed should not be confused with the date of publication. NOTE: The full date (month, day, and year) must be given.

______ (Month) (Day) (Year)

(b) Place of Publication: Give the name of the country in which this particular version of the work was first published.

______

NOTE: **Leave all spaces of line 5 blank unless the instructions below apply to your work.**

5. Previous Registration or Publication: If a claim to copyright in any substantial part of this work was previously registered in the U.S. Copyright Office in unpublished form, or if a substantial part of the work was previously published anywhere, give requested information.

Was work previously registered? Yes X No ______ Date of registration Dec. 14, 1970 Registration number Du 78858

Was work previously published? Yes ______ No ______ Date of publication ______ Registration number ______

Is there any substantial NEW MATTER in this version? Yes X No ______ If your answer is "Yes," give a brief general statement of the nature of the NEW MATTER in this version. (New matter may consist of translation, dramatization, editorial revision, and the like, as well as additional text or musical material.)

EXAMINER

Text additions and revisions

...ead certificate to:

Name: Warren Casey

Address: 3250 Broadway (Number and street)

Chicago (City) Illinois (State) 60... (ZIP Code)

**Certification:** (Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

Warren Casey Jim Jacobs
(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

- Class A — Form A—Published book manufactured in the United States of America.
- Class A or B — Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law). Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.
- Class B — Form B—Periodical manufactured in the United States of America. Form BB—Contribution to a periodical manufactured in the United States of America.
- Class C — Form C—Lecture or similar production prepared for oral delivery.
- Class D — Form D—Dramatic or dramatico-musical composition.
- Class E — Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America. Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.
- Class F — Form F—Map.
- Class G — Form G—Work of art or a model or design for a work of art.
- Class H — Form H—Reproduction of a work of art.
- Class I — Form I—Drawing or plastic work of a scientific or technical character.
- Class J — Form J—Photograph.
- Class K — Form K—Print or pictorial illustration. Form KK—Print or label used for an article of merchandise.
- Class L M — Form L–M—Motion picture.
- Form R—Renewal copyright.
- Form U—Notice of use of copyrighted music on mechanical instruments.

**FOR COPYRIGHT OFFICE USE ONLY**

...on received ...18, 1971

...received ...18, 1971

...s received

...ed 2637 MAR 18 '71

...MENT PRINTING OFFICE:1970—O-388-106

Page 2

...in a drama

...Instructions: Make sure ... completed before you sub... SIGNED at line 9. For p... ...t be submitted until aft... ...(s), and should state th... ...further information, see pa... Pages 1 and 2 should b... ...Pages 3 and 4 should ... pages 1 and 2, but may be c...

1. Copyright Claimant(s... works the name(s) should ...

Name FRIED...

Address 1500...

Name

Address

2. Title: HAML...

3. Authors: Citizenship a... Where a work is made fo... citizenship of organizatio... law should be stated as U.S...

Name FRIEDA... (Give le...

Domiciled in U.S.A. Yes ☒

Name (Give le...

Domiciled in U.S.A. Yes ☐

Name (Give le...

Domiciled in U.S.A. Yes ☐

NOT...

4. (a) Date of Publica... particular version of the ... publicly distributed. The ...

(b) Place of Public...

NOTE: ...

5. Previous Registratio... ...ight in any substantial p... in the U.S. Copyright (...

*Was work previously registe... *Was work previously publish... Is there any substantial ... statement of the nature ... and the like, as well as ad...

dramati...

*Not this w...

CERTIFICATE OF REGISTRATION

For Renewal of a Work
UNITED STATES COPYRIGHT OFFICE

RE 664-873

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

EFFECTIVE DATE OF RENEWAL REGISTRATION

January 5 1999
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET(RE/CON).

## 1

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM ▼ (See Instructions)

1
Name HARRIS TRUST AND SAVINGS BANK
Address 111 West Monroe Street, P.O. Box 755, Chicago, IL 60690
Claiming as the executor of the author, Warren Casey
(Use appropriate statement from instructions)

2
Name JIM JACOBS
Address 2717 Via Elevado, Palos Verdes Ests., CA 90274
Claiming as the author

3
Name
Address
Claiming as

## 2

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED ▼

GREASE - Book

RENEWABLE MATTER ▼

Book - Text additions and revisions

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or other composite work, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼

## 3

AUTHOR(S) OF RENEWABLE MATTER ▼

Warren Casey and Jim Jacobs

## 4

ORIGINAL REGISTRATION NUMBER ▼ ORIGINAL COPYRIGHT CLAIMANT ▼

Du 79686 Warren Casey and Jim Jacobs.

ORIGINAL DATE OF COPYRIGHT

If the original registration for this work was made in published form, give: DATE OF PUBLICATION — (Month) (Day) (Year)

OR

If the original registration for this work was made in unpublished form DATE OF REGISTRATION: March 18, 1971 (Month) (Day) (Year)

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-8) on the reverse side of this page. • See detailed instructions. • Sign the form at space 7.

DO NOT WRITE

JAN 05 1999

CORRESPONDENCE [ ] YES

EXAMINED BY

CHECKED BY

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (RE/CON).

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

1
Title of Contribution: ..........
Title of Periodical: .......... Vol: .......... No: .......... Issue Date: ..........
Date of Publication: .......... (Month) (Day) (Year) Registration Number: ..........

2
Title of Contribution: ..........
Title of Periodical: .......... Vol: .......... No: .......... Issue Date: ..........
Date of Publication: .......... (Month) (Day) (Year) Registration Number: ..........

3
Title of Contribution: ..........
Title of Periodical: .......... Vol: .......... No: .......... Issue Date: ..........
Date of Publication: .......... (Month) (Day) (Year) Registration Number: ..........

4
Title of Contribution: ..........
Title of Periodical: .......... Vol: .......... No: .......... Issue Date: ..........
Date of Publication: .......... (Month) (Day) (Year) Registration Number: ..........

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name

Account Number

**CORRESPONDENCE:** Give name and address to which correspondence about this application should be sent.

Name Ronald S. Taft

Address 18 West 55th Street, 4th Fl. (Apt)

New York, NY 10019
(City) (State) (ZIP)

Area Code and FAX Number ▶ (212) 315-2540

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the: (Check one)
[ ] renewal claimant
duly authorized agent of HARRIS TRUST & SAVINGS BANK, as executor and JIM JACOBS
(Name of renewal claimant) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Ronald S. Taft

Date ▼ January 4, 1999

Handwritten signature (X) ▼

**MAIL CERTIFICATE TO**

Name ▼
RONALD S. TAFT

Number Street Apt ▼
18 West 55th Street 4th Floor

City State ZIP ▼
New York, NY 10019

Certificate will be mailed in window envelope

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 7

SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.



LIBRARY OF CONGRESS

Copyright Office of the United States

WASHINGTON, D.C.

# ADDITIONAL CERTIFICATE OF REGISTRATION OF A CLAIM TO COPYRIGHT

THIS IS TO CERTIFY THAT THE STATEMENTS SET FORTH IN THE ATTACHED HAVE BEEN MADE A PART OF THE RECORDS OF THE COPYRIGHT OFFICE WITH CLAIM OF COPYRIGHT REGISTERED UNDER NUMBER

Du 78858

IN TESTIMONY WHEREOF, THE SEAL OF THIS OFFICE IS AFFIXED HERETO ON

October 26, 1998

Marybeth Peters

REGISTER OF COPYRIGHTS
United States of America
REGISTER OF COPYRIGHTS

FORM D

| CLASS | REGISTRATION NO. |
|---|---|
| D | Du 78858 |
| | DO NOT WRITE HERE |
| | DF DFO DP DU |

Page 1

# Application for Registration of a Claim to Copyright in a dramatic or dramatico-musical composition

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 9. For published works the application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with:

(*a*) If unpublished, one complete copy of the work and the registration fee of $6.

(*b*) If published, two copies of the best edition of the work and the registration fee of $6.

Make your remittance payable to the Register of Copyrights.

1. **Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). In the case of published works the name(s) should ordinarily be the same as in the notice of copyright on the copies deposited.

Name: Warren Casey

Address: 3259 Broadway, Chicago, Illinois 60657

Name: Jim Jacobs

Address: 5304 N. Newcastle, Chicago, Illinois 60656

2. **Title:** GREASE Book

(Give the title of the dramatic or dramatico-musical composition as it appears on the copies)

3. **Authors:** Citizenship and domicile information must be given. Where a work is made for hire, the employer is the author. The citizenship of organizations formed under U.S. Federal or State law should be stated as U.S.A.

Authors may be editors, translators, etc., as well as authors of original dramatic material. If the copyright claim is based on new matter (see line 5) give information about the author of the new matter.

Name: Warren Casey (W) Citizenship: U. S. A. (Name of country)
(Give legal name followed by pseudonym if latter appears on the copies)

Domiciled in U.S.A. Yes X No ____ Address 3259 Broadway, Chicago, Illinois 60657

Name: Jim Jacobs (J) Citizenship: U. S. A. (Name of country)
(Give legal name followed by pseudonym if latter appears on the copies)

Domiciled in U.S.A. Yes X No ____ Address 5304 N. Newcastle, Chicago, Ill. 60656

Name: ____ Citizenship: ____ (Name of country)
(Give legal name followed by pseudonym if latter appears on the copies)

Domiciled in U.S.A. Yes ____ No ____ Address ____

**NOTE: Leave all spaces of line 4 blank unless your work has been PUBLISHED.**

4. (a) **Date of Publication:** Give the date when copies of this particular version of the work were first placed on sale, sold, or publicly distributed. The date when copies were made or printed, or the date when the work was performed should not be confused with the date of publication. NOTE: The full date (month, day, and year) must be given.

____ (Month) (Day) (Year)

(b) **Place of Publication:** Give the name of the country in which this particular version of the work was first published.

____

**NOTE: Leave all spaces of line 5 blank unless the instructions below apply to your work.**

5. **Previous Registration or Publication:** If a claim to copyright in any substantial part of this work was previously registered in the U.S. Copyright Office in unpublished form, or if a substantial part of the work was previously published anywhere, give requested information.

Was work previously registered? Yes ____ No ____ Date of registration ____ Registration number ____

Was work previously published? Yes ____ No ____ Date of publication ____ Registration number ____

Is there any substantial NEW MATTER in this version? Yes ____ No ____ If your answer is "Yes," give a brief general statement of the nature of the NEW MATTER in this version. (New matter may consist of translation, dramatization, editorial revision, and the like, as well as additional text or musical material.)

EXAMINER

6. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:

7. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name Warren Casey Address 3259 Broadway, Chicago

8. Send certificate to:

(Type or print name and address)

Name Warren Casey

Address 3259 Broadway (Number and street)

Chicago (City) Illinois (State) 60657 (ZIP Code)

9. Certification: (Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

Warren Casey Jim Jacobs (Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

- Class A — Form A—Published book manufactured in the United States of America.
- Class A or B — Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law). Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.
- Class B — Form B—Periodical manufactured in the United States of America. Form BB—Contribution to a periodical manufactured in the United States of America.
- Class C — Form C—Lecture or similar production prepared for oral delivery.
- Class D — Form D—Dramatic or dramatico-musical composition.
- Class E — Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America. Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.
- Class F — Form F—Map.
- Class G — Form G—Work of art or a model or design for a work of art.
- Class H — Form H—Reproduction of a work of art.
- Class I — Form I—Drawing or plastic work of a scientific or technical character.
- Class J — Form J—Photograph.
- Class K — Form K—Print or pictorial illustration. Form KK—Print or label used for an article of merchandise.
- Class L or M — Form L–M—Motion picture.
- Form R—Renewal copyright.
- Form U—Notice of use of copyrighted music on mechanical instruments.

FOR COPYRIGHT OFFICE USE ONLY

Application received DEC 14 1970

One copy received DEC 14 1970

Two copies received

Fee received 51934 DEC1470

Renewal RE 780-455

Page 2

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

Renewal Work
UNITED STATES COPYRIGHT OFFICE

RE 780-455

EFFECTIVE DATE OF RENEWAL REGISTRATION

APR 17 1998

Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (FORM RE/CON).

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM ▼** (See Instructions)

**1**
Name: HARRIS TRUST AND SAVINGS BANK
Address: 111 West Monroe Street, P.O. Box 755, Chicago, IL 60690
Claiming as: the executor of the author, Warren Casey
(Use appropriate statement from instructions)

**2**
Name: JIM JACOBS
Address: 2717 Via Elevado, Palos Verdes Ests., CA 90274
Claiming as: the author

**3**
Name:
Address:
Claiming as:

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED ▼**

GREASE - Book

**RENEWABLE MATTER ▼**

Book

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or other composite work, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼

**AUTHOR(S) OF RENEWABLE MATTER ▼**

Warren Casey and Jim Jacobs

**ORIGINAL REGISTRATION NUMBER ▼** **ORIGINAL COPYRIGHT CLAIMANT ▼**

Du 78858 Warren Casey and Jim Jacobs

**ORIGINAL DATE OF COPYRIGHT**

If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: (Month) (Day) (Year)

OR

If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION: December 14, 1970
(Month) (Day) (Year)

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-8) on the reverse side of this page.
• See detailed instructions.
• Sign the form at space 7.

DO NOT WRITE HERE

Page 1 of ____ pages

RENEWAL APPLICATION RECEIVED APR 17 1998

CORRESPONDENCE ☐ YES

EXAMINED BY

CHECKED BY

FUNDS RECEIVED

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (FORM RE/CON).

RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR: To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**1**
Title of Contribution: ..........
Title of Periodical: .......... Vol: .......... No: .......... Issue Date: ..........
Date of Publication: (Month) (Day) (Year) .......... Registration Number: ..........

**2**
Title of Contribution: ..........
Title of Periodical: .......... Vol: .......... No: .......... Issue Date: ..........
Date of Publication: (Month) (Day) (Year) .......... Registration Number: ..........

**3**
Title of Contribution: ..........
Title of Periodical: .......... Vol: .......... No: .......... Issue Date: ..........
Date of Publication: (Month) (Day) (Year) .......... Registration Number: ..........

**4**
Title of Contribution: ..........
Title of Periodical: .......... Vol: .......... No: .......... Issue Date: ..........
Date of Publication: (Month) (Day) (Year) .......... Registration Number: ..........

DEPOSIT ACCOUNT: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name

Account Number

Area code and daytime telephone number ▶

CORRESPONDENCE: Give name and address to which correspondence about this application should be sent.

Name Ronald S. Taft

Address 18 West 55th Street 4th Fl. (Apt)

New York, NY 10019
(City) (State) (ZIP)

Fax number ▶ (212) 315-2540

CERTIFICATION* I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant ☒ duly authorized agent of HARRIS TRUST AND SAVINGS BANK and JIM JACOBS, as executor
(Name of renewal claimant) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Ronald S. Taft

Date ▼ April 14, 1998

Handwritten signature (X) ▼ [signature]

MAIL CERTIFICATE TO

Certificate will be mailed in window envelope

Name ▼
RONALD S. TAFT

Number/Street/Apt ▼
18 West 55th Street 4th Floor

City/State/ZIP ▼
New York, NY 10019

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 7

SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

1996—30,000 PRINTED ON RECYCLED PAPER

U.S. GOVERNMENT PRINTING OFFICE: 1996-405-104/20.0



LIBRARY OF CONGRESS

Copyright Office of the United States

WASHINGTON, D.C.

# ADDITIONAL CERTIFICATE OF REGISTRATION OF A CLAIM TO COPYRIGHT

THIS IS TO CERTIFY THAT THE STATEMENTS SET FORTH IN THE ATTACHED HAVE BEEN MADE A PART OF THE RECORDS OF THE COPYRIGHT OFFICE WITH CLAIM OF COPYRIGHT REGISTERED UNDER NUMBER

Ep 308775

IN TESTIMONY WHEREOF, THE SEAL OF THIS OFFICE IS AFFIXED HERETO ON

April 18, 2000

Marybeth Peters

REGISTER OF COPYRIGHTS
United States of America
REGISTER OF COPYRIGHTS

# Application for Registration of a Claim to Copyright

**in a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America**

REGISTRATION NO. EP 308775

DO NOT WRITE HERE

CLASS E

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be **SIGNED** at line 9. For published works the application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with:

(a) If unpublished, one complete copy of the work and the registration fee of $6.

(b) If published, two copies of the best edition of the work and the registration fee of $6.

Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). In the case of published works the name(s) should ordinarily be the same as in the notice of copyright on the copies deposited.

Name WARREN CASEY & JIM JACOBS

Address 1370 Avenue of the Americas New York, N.Y. 10019

Name

Address

**2. Title:** VOCAL SELECTIONS FROM "GREASE" (BROADWAY MUSICAL)

(Give the title of the musical composition as it appears on the copies)

**3. Authors:** Citizenship and domicile information must be given. Where a work is made for hire, the employer is the author. Organizations formed under U.S. Federal or State law are U.S. citizens.

Authors include composers of music, authors of words, arrangers, compilers, etc. If the copyright claim is based on new matter (see line 5) give information about the author of the new matter.

WARREN CASEY & JIM JACOBS as employers for hire of:

Name Charlotte D. State (Give legal name followed by pseudonym if latter appears on the copies) Citizenship: U.S.A. X (Check if U.S. citizen) Other (Name of country)

Domiciled in U.S.A. Yes X No Address 1370 Avenue ofthe Americas New York, N.Y. 10019 Author of arrangement (State which: words, music, arrangement, etc.)

Name (Give legal name followed by pseudonym if latter appears on the copies) Citizenship: U.S.A. (Check if U.S. citizen) Other (Name of country)

Domiciled in U.S.A. Yes No Address Author of (State which: words, music, arrangement, etc.)

Name (Give legal name followed by pseudonym if latter appears on the copies) Citizenship: U.S.A. (Check if U.S. citizen) Other (Name of country)

Domiciled in U.S.A. Yes No Address Author of (State which: words, music, arrangement, etc.)

NOTE: **Leave all spaces of line 4 blank unless your work has been PUBLISHED.**

**4. (a) Date of Publication:** Give the date when copies of this particular version of the work were first placed on sale, sold, or publicly distributed. The date when copies were made or printed, or the date when the work was performed should not be confused with the date of publication. NOTE: The full date (month, day, and year) must be given.

JUNE 12, 1972
(Month) (Day) (Year)

**(b) Place of Publication:** Give the name of the country in which this particular version of the work was first published.

U.S.A.

NOTE: **Leave all spaces of line 5 blank unless the instructions below apply to your work.**

**5. Previous Registration or Publication:** If a claim to copyright in any substantial part of this work was previously registered in the U.S. Copyright Office in unpublished form, or if any substantial part of the work was previously published anywhere, give requested information.

Was work previously registered? Yes X No Date of registration various Registration number various

Was work previously published? Yes X No Date of publication various Registration number various

Is there any substantial **NEW MATTER** in this version? Yes X No If your answer is "Yes," give a brief general statement of the nature of the **NEW MATTER** in this version. (New matter may consist of compilation, arrangement, adaptation, editorial revision, and the like, as well as additional words and music.) piano arrangement of 11 songs; ALMA MATER, THOSE MAGIC CHANGES, FREDDY MY LOVE, GREASED LIGHTNIN' MOONING, LOOK AT ME I'M SANDRA DEE, WE GO TOGETHER, IT'S RAINING ON PROM NIGHT, BEAUTY SCHOOL DROP OUT, THERE ARE WORSE THINGS I COULD DO

EXAMINER

Complete all applicable spaces on next page

7. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name Etta S. Laufer Address 1370 Ave of the Americas-NYC 10019

8. Send certificate to:

(Type or print name and address)

Name EDWIN H. MORRIS & COMPANY, INC.

Address 1370 Avenue of the Americas
(Number and street)

New York, N.Y. 10019
(City) (State) (ZIP code)

9. Certification: (Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

Etta S. Laufer
(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A Form A—Published book manufactured in the United States of America.

Class A or B { Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

Class B { Form B—Periodical manufactured in the United States of America.
Form BB—Contribution to a periodical manufactured in the United States of America.

Class C Form C—Lecture or similar production prepared for oral delivery.

Class D Form D—Dramatic or dramatico-musical composition.

Class E { Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.
Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

Class F Form F—Map.

Class G Form G—Work of art or a model or design for a work of art.

Class H Form H—Reproduction of a work of art.

Class I Form I—Drawing or plastic work of a scientific or technical character.

Class J Form J—Photograph.

Class K { Form K—Print or pictorial illustration.
Form KK—Print or label used for an article of merchandise.

Class L or M } Form L–M—Motion picture.

Class N Form N—Sound recordings.

Form R—Renewal copyright.

Form U—Notice of use of copyrighted music on mechanical instruments.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received FEB 12 1973 | |
| One copy received | |
| Two copies received Jul 11, 72 | |
| Fee received | |
| Renewal | |

U.S. GOVERNMENT PRINTING OFFICE

FORM A

| CLASS | REGISTRATION NO. |
|---|---|
| A | 374136 |

# Application for Registration of a Claim to Copyright in a published book manufactured in the United States of America

Instructions: Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 10 and the AFFIDAVIT (line 11) must be COMPLETED AND NOTARIZED. The application should not be notarized until after the date of publication given in line 4, and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies. Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with 2 copies of the best edition of the work and the registration fee of $6. Make your remittance payable to the Register of Copyrights.

1. Copyright Claimant(s) and Address(es): Give the name(s) and address(es) of the copyright owner(s). Ordinarily the name(s) should be the same as in the notice of copyright on the copies deposited.

Name: Jim Jacobs

Address: 5304 N. Newcastle Avenue, Chicago, Illinois 60656

Name: Warren Casey

Address: 1500 N. La Salle, Chicago, Illinois 60610

2. Title: GREASE - A New '50's' Rock "N' Roll Muscial
(Give the title of the book as it appears on the title page)

3. Authors: Citizenship and domicile information must be given. Where a work was made for hire, the employer is the author. The citizenship of organizations formed under U.S. Federal or State law should be stated as U.S.A. Authors may be editors, compilers, translators, illustrators, etc., as well as authors of original text. If the copyright claim is based on new matter (see line 5) give requested information about the author of the new matter.

Name: Jim Jacobs (Give legal name followed by pseudonym if latter appears on the copies) Citizenship: U.S. (Name of country)

Domiciled in U.S.A. Yes X No ____ Address: above

Name: Warren Casey (Give legal name followed by pseudonym if latter appears on the copies) Citizenship: U.S. (Name of country)

Domiciled in U.S.A. Yes X No ____ Address: above

Name: ____ (Give legal name followed by pseudonym if latter appears on the copies) Citizenship: ____ (Name of country)

Domiciled in U.S.A. Yes ____ No ____ Address: ____

4. Date of Publication of This Edition: Give the complete date when copies of this particular edition were first placed on sale, sold, or publicly distributed. The date when copies were made or printed should not be confused with the date of publication. NOTE: The full date (month, day, and year) must be given. For further information, see page 4.

October (Month) 1 (Day) 1972 (Year)

(NOTE: Leave line 5 blank unless the following instructions apply to this work.)

5. New Matter in This Version: If any substantial part of this work has been previously published anywhere, give a brief, general statement of the nature of the new matter published for the first time in this version. New matter may consist of compilation, translation, abridgment, editorial revision, and the like, as well as additional text or pictorial matter.

NOTE: Leave line 6 blank unless there has been a PREVIOUS FOREIGN EDITION in the English language.

6. Text in English Previously Manufactured and Published Abroad: If all or a substantial part of the text of this edition was previously manufactured and published abroad in the English language, complete the following spaces:

Date of first publication of foreign edition ____ (Year)

Was registration for the foreign edition made in the U.S. Copyright Office? Yes ____ No ____

EXAMINER: LPK

7. If registration fee is to be charged to a deposit account ... Simon & Schuster, Inc.

8. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name ______ Address ______

9. Send certificate to:

(Type or print name and address) Name: Iris L. Lawrence

Address: Simon & Schuster, Inc., 630 Fifth Avenue (Number and street)

New York (City) N.Y. (State) 10020 (ZIP code)

10. **Certification:** (NOTE: Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

Iris L. Lawrence (Signature of copyright claimant or duly authorized agent)

11. **Affidavit (required by law.)** Instructions: (1) Fill in the blank spaces with special attention to those marked "(X)." (2) ... the affidavit before an officer authorized to administer oaths within the United States, such as a notary public. (3) Have the officer ... and seal the affidavit and fill in the date of execution.

NOTE: The affidavit must be signed and notarized only *on or after* the date of publication or completion of printing which ... The affidavit *must* be signed by an individual.

STATE OF New York

COUNTY OF New York } ss:

I, the undersigned, depose and say that I am the

☐ Person claiming copyright in the book described in this application;

☒ Duly authorized agent of the person or organization claiming copyright in the book described in this application;

☐ Printer of the book described in this application.

That the book was published or the printing was completed on: (X) October 1, 1972 (Give month, day, and year)

That, of the various processes employed in the production of the copies deposited, the setting of the type was performed within the limits of the United States from type set therein; or the making of the plates was performed within the limits of the United States ... limits of the United States or the making of the plates used in producing the text were wholly performed within the limits of the United States. That such ... the lithographic or photoengraving processes used in producing the text were wholly performed within the limits of the United States, and that the printing of the text and the binding (if any) were also performed within the limits of the United States. That such setting, platemaking, lithographic or photoengraving process, printing, and binding were performed by the following establishments or individuals at the following addresses:

(GIVE THE NAMES AND ADDRESSES OF THE PERSONS OR ORGANIZATIONS WHO PERFORMED SUCH TYPESETTING, OR PLATEMAKING OR LITHOGRAPHIC PROCESS OR PHOTOENGRAVING PROCESS OR PRINTING AND BINDING, ETC.)

Names (X) Arcata Graphics Addresses (X) Depew, N.Y.

Iris L. Lawrence (Signature of affiant)

(Sign and notarize only on or after date given above)

PLACE NOTARIAL SEAL HERE

RICHARD H. SUGARMAN
NOTARY PUBLIC, State of New York
No. 31-3891625 New York County
Term Expires March 30, 1973

Subscribed and sworn to / affirmed before me this 2nd day of October, 1972

(Signature of notary)

FOR COPYRIGHT OFFICE USE ONLY

Application and affidavit received: OCT 10 1972

Two copies received: OCT 10 1972

Fee received

Renewal

U.S. GOVERNMENT PRINTING OFFICE: 1970 O—...

Application ... is a published ... Instructions: Mak... SIGNED at line ... COMPLETED AND ... 1. Copyright Clai... Sim... 630... 2. Title: TH... 3. Authors: Citize... Simon... 4. Date of Public... 5. New Matter i... 6. Send to Engl...

# FORM PA

UNITED STATES COPYRIGHT OFFICE

# CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

Barbara Ringer

Register of Copyrights
United States of America

REGISTRATION NUMBER

PA 19-149

PA PAU

EFFECTIVE DATE OF REGISTRATION

Nov 20 1978
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)

**1 Title**

TITLE OF THIS WORK:

BORN TO HAND JIVE

(contained in folio "Grease")

NATURE OF THIS WORK: (See instructions)

words, music & arrangement

PREVIOUS OR ALTERNATIVE TITLES:

**2 Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1

NAME OF AUTHOR: Warren Casey

Was this author's contribution to the work a "work made for hire"? Yes ..... No X

DATES OF BIRTH AND DEATH: Born (Year) Died (Year)

AUTHOR'S NATIONALITY OR DOMICILE: Citizen of United States (Name of Country) or Domiciled in ........ (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes No X Pseudonymous? Yes No X

If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution) words & music

2

NAME OF AUTHOR: Jim Jacobs

Was this author's contribution to the work a "work made for hire"? Yes ... No X

DATES OF BIRTH AND DEATH: Born (Year) Died (Year)

AUTHOR'S NATIONALITY OR DOMICILE: Citizen of United States (Name of Country) or Domiciled in ........ (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes No X Pseudonymous? Yes No X

If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution) words & music

3

NAME OF AUTHOR: Warren Casey & Jim Jacobs

Was this author's contribution to the work a "work made for hire"? Yes X No ....

DATES OF BIRTH AND DEATH: Born (Year) Died (Year)

AUTHOR'S NATIONALITY OR DOMICILE: Citizen of United States (Name of Country) or Domiciled in ........ (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes No X Pseudonymous? Yes No X

If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution) arrangement

**3 Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED: Year 1978

(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:

Date July 11, 1978 (Month) (Day) (Year)

Nation United States (Name of Country)

(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

Warren Casey & Jim Jacobs
c/o Eastman & Eastman, Esqs.
39 West 54th Street
New York, New York 10019

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- Complete all applicable spaces (numbers 5-9) on the reverse side of this page
- Follow detailed instructions attached
- Sign the form at line 8

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY: JG
CHECKED BY: JJ
APPLICATION RECEIVED: NOV 20 1978
CORRESPONDENCE: ☐ Yes
DEPOSIT RECEIVED: NOV 20 1978 NOV 20 1978
DEPOSIT ACCOUNT FUNDS USED: ☑
REMITTANCE NUMBER AND DATE:
FOR COPYRIGHT OFFICE USE ONLY

PA 19-149

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM PA/CON)

**5 Previous Registration**

PREVIOUS REGISTRATION:

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes X No
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☒ This is a changed version of the work, as shown by line 6 of the application.
- If your answer is "Yes," give: Previous Registration Number Ep 308775 Year of Registration 1972

**6 Compilation or Derivative Work**

COMPILATION OR DERIVATIVE WORK: (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)

words and music

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

new piano/vocal arrangement by Alan Rosenthal, employee for hire of Warren Casey and Jim Jacobs

**7 Fee and Correspondence**

DEPOSIT ACCOUNT: (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: MUSIC MANAGEMENT COMPANY

Account Number: DAO 17884

CORRESPONDENCE: (Give name and address to which correspondence about this application should be sent.)

Name: Eastman & Eastman, Esqs.

Address: 39 West 54th Street (Apt)

New York, New York 10019 (City) (State) (ZIP)

**8 Certification (Application must be signed)**

CERTIFICATION: * I, the undersigned, hereby certify that I am the: (Check one)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: claimant space 4 (Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Jerry J. Thomas

Typed or printed name: Jerry J. Thomas Date 11/15/78

**9 Address For Return of Certificate**

Eastman & Eastman, Esqs. (Name)

39 West 54th Street (Number, Street and Apartment Number)

New York, New York 10019 (City) (State) (ZIP code)

MAIL CERTIFICATE TO

29 DEC 1978

(Certificate will be mailed in window envelope)

* 17 USC §506(e) FALSE REPRESENTATION—Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

# CERTIFICATE OF COPYRIGHT REGISTRATION

FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
PA 52-261
PA PAU

EFFECTIVE DATE OF REGISTRATION
NOV. 28 1979
(Month) (Day) (Year)

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

Barbara Ringer
Register of Copyrights
United States of America

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)

**1 Title**

TITLE OF THIS WORK:
SUMMER NIGHTS, WE GO TOGETHER & ALONE AT THE DRIVE-IN MOVIE as contained in "Selections fr. Grease"

NATURE OF THIS WORK: (See instructions)
Arrangement for Concert Band

PREVIOUS OR ALTERNATIVE TITLES:

**2 Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1
NAME OF AUTHOR: Warren Casey
Was this author's contribution to the work a "work made for hire"? Yes ..... No X
DATES OF BIRTH AND DEATH: Born ...... (Year) Died ...... (Year)
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of U.S.A. (Name of Country) or Domiciled in ........ (Name of Country)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes .... No X Pseudonymous? Yes .... No X
If the answer to either of these questions is "Yes," see detailed instructions attached.
AUTHOR OF: (Briefly describe nature of this author's contribution)
words & music

2
NAME OF AUTHOR: Jim Jacobs
Was this author's contribution to the work a "work made for hire"? Yes ..... No X
DATES OF BIRTH AND DEATH: Born ...... (Year) Died ...... (Year)
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of U.S.A. (Name of Country) or Domiciled in ........ (Name of Country)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes .... No X Pseudonymous? Yes .... No X
If the answer to either of these questions is "Yes," see detailed instructions attached.
AUTHOR OF: (Briefly describe nature of this author's contribution)
words & music

3
NAME OF AUTHOR: Jim Jacobs & Warren Casey-employers for hire of John Higgins
Was this author's contribution to the work a "work made for hire"? Yes X No .....
DATES OF BIRTH AND DEATH: Born ...... (Year) Died ...... (Year)
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of U.S.A. (Name of Country) or Domiciled in ........ (Name of Country)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes .... No .... Pseudonymous? Yes .... No ....
If the answer to either of these questions is "Yes," see detailed instructions attached.
AUTHOR OF: (Briefly describe nature of this author's contribution)
Arrangement for Concert Band

**3 Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year 1979
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date August 27, 1979 (Month) (Day) (Year)
Nation United States of America (Name of Country)
(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
Jim Jacobs & Warren Casey
c/o Edwin H. Morris & Company, A Division of MPL Communications, Inc.
39 W. 54th Street
New York, N.Y. 10019

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-9) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 8*

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY: ...
CHECKED BY: ...
CORRESPONDENCE: ☐ Yes
DEPOSIT ACCOUNT FUNDS USED: ☐
APPLICATION RECEIVED: 28 NOV 1979
DEPOSIT RECEIVED: 28 NOV 1979 28 NOV 1979
REMITTANCE NUMBER AND DATE:
FOR COPYRIGHT OFFICE USE ONLY

PA 52-261

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM PA/CON)

**PREVIOUS REGISTRATION:** (5) Previous Registration

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes X No ....
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☒ This is a changed version of the work, as shown by line 6 of the application.
- If your answer is "Yes," give: Previous Registration Number Ep 308775 Year of Registration 1972

**COMPILATION OR DERIVATIVE WORK:** (See instructions) (6) Compilation or Derivative Work

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)
words & music

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Arrangement for Concert Band

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: MUSIC MANAGEMENT COMPANY
Account Number: DA 017884

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.) (7) Fee and Correspondence
Name: David S. Wolfson, Music Management Company
Address: 39 W. 54th Street (Apt.)
New York, N.Y. 10019 (City) (State) (ZIP)

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one) (8) Certification (Application must be signed)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: claimants at space 4 (Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) David S. Wolfson
Typed or printed name: David S. Wolfson Date: 11/26/79

(9) Address For Return of Certificate

MAIL CERTIFICATE TO
Music Management Company (Name)
39 W. 54th Street (Number, Street and Apartment Number)
New York, N.Y. 10019 (City) (State) (ZIP code)

20 DEC 1979
(Certificate will be mailed in window envelope)

* 17 U.S.C. §506(e) FALSE REPRESENTATION—Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U.S. GOVERNMENT PRINTING OFFICE: 1978-261-022/17 April 1978-500,000

MBI 01901

# FORM PA

UNITED STATES COPYRIGHT OFFICE

# CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

Barbara Ringer

Register of Copyrights
United States of America

REGISTRATION NUMBER: PA 19-143

PA PAU

EFFECTIVE DATE OF REGISTRATION: NOV 20 1978 (Month Day Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)

**1 Title**

TITLE OF THIS WORK: SUMMER NIGHTS (contained in folio "Grease")

NATURE OF THIS WORK: (See instructions) words, music & arrangement

PREVIOUS OR ALTERNATIVE TITLES:

**2 Author(s)**

IMPORTANT: Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1\. NAME OF AUTHOR: Warren Casey
Was this author's contribution to the work a "work made for hire"? Yes ... No X
DATES OF BIRTH AND DEATH: Born (Year) Died (Year)
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of United States (Name of Country) or Domiciled in ........ (Name of Country)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes No X; Pseudonymous? Yes No X
If the answer to either of these questions is "Yes," see detailed instructions attached.
AUTHOR OF: (Briefly describe nature of this author's contribution) words & music

2\. NAME OF AUTHOR: Jim Jacobs
Was this author's contribution to the work a "work made for hire"? Yes ... No X
DATES OF BIRTH AND DEATH: Born (Year) Died (Year)
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of United States (Name of Country) or Domiciled in ........ (Name of Country)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes No X; Pseudonymous? Yes No X
If the answer to either of these questions is "Yes," see detailed instructions attached.
AUTHOR OF: (Briefly describe nature of this author's contribution) words & music

3\. NAME OF AUTHOR: Warren Casey & Jim Jacobs
Was this author's contribution to the work a "work made for hire"? Yes X No
DATES OF BIRTH AND DEATH: Born (Year) Died (Year)
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of United States (Name of Country) or Domiciled in ........ (Name of Country)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes No X; Pseudonymous? Yes No X
If the answer to either of these questions is "Yes," see detailed instructions attached.
AUTHOR OF: (Briefly describe nature of this author's contribution) arrangement

**3 Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED: Year 1978
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date: July 11, 1978 (Month) (Day) (Year)
Nation: United States (Name of Country)
(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

Warren Casey & Jim Jacobs
c/o Eastman & Eastman, Esqs.
39 West 54th Street
New York, New York 10019

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- Complete all applicable spaces (numbers 5-9) on the reverse side of this page
- Follow detailed instructions attached
- Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY: CHECKED BY:

APPLICATION RECEIVED: NOV 29 1978

CORRESPONDENCE: ☐ Yes

DEPOSIT RECEIVED: NOV 20 1978 NOV 20 1978

DEPOSIT ACCOUNT FUNDS USED: ☑

REMITTANCE NUMBER AND DATE:

FOR COPYRIGHT OFFICE USE ONLY

PA 19-143

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM PA/CON)

**5 Previous Registration**

PREVIOUS REGISTRATION:

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes X No
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☒ This is a changed version of the work, as shown by line 6 of the application.
- If your answer is "Yes," give: Previous Registration Number Ep 308775 Year of Registration 1972

**6 Compilation or Derivative Work**

COMPILATION OR DERIVATIVE WORK: (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)

words and music

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

new piano/vocal arrangement by Marco Swados, employee for hire of Warren Casey and Jim Jacobs

**7 Fee and Correspondence**

DEPOSIT ACCOUNT: (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: MUSIC MANAGEMENT COMPANY

Account Number: DAO 17884

CORRESPONDENCE: (Give name and address to which correspondence about this application should be sent.)

Name: Eastman & Eastman, Esqs.

Address: 39 West 54th Street (Apt.)

New York, New York 10019 (City) (State) (ZIP)

**8 Certification (Application must be signed)**

CERTIFICATION: * I, the undersigned, hereby certify that I am the: (Check one)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: claimant space 4 (Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Jerry J. Thomas

Typed or printed name: Jerry J. Thomas Date 11/15/78

**9 Address For Return of Certificate**

Eastman & Eastman, Esqs. (Name)

39 West 54th Street (Number, Street and Apartment Number)

New York, New York 10019 (City) (State) (ZIP code)

MAIL CERTIFICATE TO

29 DEC 1978

(Certificate will be mailed in window envelope)

* 17 USC §506(e) FALSE REPRESENTATION—Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. 1977 - 130,000

• U. S. GOVERNMENT PRINTING OFFICE: 1977 O - 248-628



LIBRARY OF CONGRESS

Copyright Office
of the United States

WASHINGTON, D.C.

# ADDITIONAL CERTIFICATE OF REGISTRATION OF A CLAIM TO COPYRIGHT

THIS IS TO CERTIFY THAT THE STATEMENTS SET FORTH IN THE ATTACHED HAVE BEEN MADE A PART OF THE RECORDS OF THE COPYRIGHT OFFICE WITH CLAIM OF COPYRIGHT REGISTERED UNDER NUMBER
**Ep 299484**

IN TESTIMONY WHEREOF, THE SEAL OF THIS OFFICE IS AFFIXED HERETO ON

**April 18, 2000**

Marybeth Peters

REGISTER OF COPYRIGHTS
United States of America
REGISTER OF COPYRIGHTS

REGISTRATION NO.
E EP 299484
DO NOT WRITE HERE

# Application for Registration of a Claim to Copyright

**in a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America**

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 9. For published works the application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with:

*(a)* If unpublished, one complete copy of the work and the registration fee of $6.

*(b)* If published, two copies of the best edition of the work and the registration fee of $6.

Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). In the case of published works the name(s) should ordinarily be the same as in the notice of copyright on the copies deposited.

Name WARREN CASEY
Address 1500 N. LaSalle Street
Chicago, Ill. 60610

Name JIM JACOBS
Address 309 W. 85th Street
New York, N.Y.

**2. Title:** SUMMER NIGHTS from the musical production "GREASE"
(Give the title of the musical composition as it appears on the copies)

**3. Authors:** Citizenship and domicile information must be given. Where a work is made for hire, the employer is the author. Organizations formed under U.S. Federal or State law are U.S. citizens.

Authors include composers of music, authors of words, arrangers, compilers, etc. If the copyright claim is based on new matter (see line 5) give information about the author of the new matter.

Name Warren Casey (Give legal name followed by pseudonym if latter appears on the copies) Citizenship: U.S.A. X (Check if U.S. citizen) Other ____ (Name of country)

Domiciled in U.S.A. Yes X No ____ Address 1500 N. LaSalle Street Chicago, Ill. 60610 Author of words & music (State which: words, music, arrangement, etc.)

Name Jim Jacobs (Give legal name followed by pseudonym if latter appears on the copies) Citizenship: U.S.A. X (Check if U.S. citizen) Other ____ (Name of country)

Domiciled in U.S.A. Yes X No ____ Address 309 W. 85th Street New York, N.Y. Author of words & music (State which: words, music, arrangement, etc.)

Name ____ (Give legal name followed by pseudonym if latter appears on the copies) Citizenship: U.S.A. ____ (Check if U.S. citizen) Other ____ (Name of country)

Domiciled in U.S.A. Yes ____ No ____ Address ____ Author of ____ (State which: words, music, arrangement, etc.)

**NOTE:** Leave all spaces of line 4 blank unless your work has been PUBLISHED.

**4. (a) Date of Publication:** Give the date when copies of this particular version of the work were first placed on sale, sold, or publicly distributed. The date when copies were made or printed, or the date when the work was performed should not be confused with the date of publication. NOTE: The full date (month, day, and year) must be given.

April (Month) 19, (Day) 1972 (Year)

**(b) Place of Publication:** Give the name of the country in which this particular version of the work was first published.

U.S.A.

**NOTE:** Leave all spaces of line 5 blank unless the instructions below apply to your work.

**5. Previous Registration or Publication:** If a claim to copyright in any substantial part of this work was previously registered in the U.S. Copyright Office in unpublished form, or if any substantial part of the work was previously published anywhere, give requested information.

Was work previously registered? Yes ____ No X Date of registration ____ Registration number ____

Was work previously published? Yes ____ No X Date of publication ____ Registration number ____

Is there any substantial NEW MATTER in this version? Yes ........ No ........ If your answer is "Yes," give a brief general statement of the nature of the NEW MATTER in this version. (New matter may consist of compilation, arrangement, adaptation, editorial revision, and the like, as well as additional words and music.)

EXAMINER

*Complete all applicable spaces on next page*

6. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:

MORRIS (EDWIN H.) & COMPANY, INC.

7. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name Etta S. Laufer Address 31 W. 54th St.-New York, N.Y. 10019

8. Send certificate to:

(Type or print name and address)

Name EDWIN H. MORRIS & COMPANY, INC.

Address 31 W. 54th Street (Number and street)

New York, N.Y. 10019 (City) (State) (ZIP code)

9. Certification: (Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

[signature] (Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A — Form A—Published book manufactured in the United States of America.

Class A or B — Form A-B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law). Form A-B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

Class B — Form B—Periodical manufactured in the United States of America. Form BB—Contribution to a periodical manufactured in the United States of America.

Class C — Form C—Lecture or similar production prepared for oral delivery.

Class D — Form D—Dramatic or dramatico-musical composition.

Class E — Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America. Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

Class F — Form F—Map.

Class G — Form G—Work of art or a model or design for a work of art.

Class H — Form H—Reproduction of a work of art.

Class I — Form I—Drawing or plastic work of a scientific or technical character.

Class J — Form J—Photograph.

Class K — Form K—Print or pictorial illustration. Form KK—Print or label used for an article of merchandise.

Class L or M — Form L-M—Motion picture.

Form R—Renewal copyright.

Form U—Notice of use of copyrighted music on mechanical instruments.

FOR COPYRIGHT OFFICE USE ONLY

| | |
|---|---|
| Application received MAY 24 1972 | |
| One copy received | |
| Two copies received MAY 24 1972 | |
| Fee received | |
| Renewal | |

U.S. GOVERNMENT PRINTING OFFICE: 1970—O-403-836

Page 1

FORM E

| CLASS | REGISTRATION NO. |
|---|---|
| E | E P 299483 |
| | DO NOT WRITE HERE |

# Application for Registration of a Claim to Copyright

in a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be **SIGNED** at line 9. For published works the application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with:

*(a)* If unpublished, one complete copy of the work and the registration fee of $6.

*(b)* If published, two copies of the best edition of the work and the registration fee of $6.

Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). In the case of published works the name(s) should ordinarily be the same as in the notice of copyright on the copies deposited.

Name WARREN CASEY

Address 1500 N. LaSalle Street
Chicago, Ill. 60610

Name JIM JACOBS

Address 309 W. 85th Street
New York, N.Y.

**2. Title:** THERE ARE WORSE THINGS I COULD DO from the musical production "GREASE"
(Give the title of the musical composition as it appears on the copies)

**3. Authors:** Citizenship and domicile information must be given. Where a work is made for hire, the employer is the author. Organizations formed under U.S. Federal or State law are U.S. citizens.

Authors include composers of music, authors of words, arrangers, compilers, etc. If the copyright claim is based on new matter (see line 5) give information about the author of the new matter.

Name Warren Casey (Give legal name followed by pseudonym if latter appears on the copies) Citizenship: U.S.A. X (Check if U.S. citizen) Other ____ (Name of country)

Domiciled in U.S.A. Yes X No ___ Address 1500 N. LaSalle Street, Chicago, Ill. 60610 Author of words & music (State which: words, music, arrangement, etc.)

Name Jim Jacobs (Give legal name followed by pseudonym if latter appears on the copies) Citizenship: U.S.A. X (Check if U.S. citizen) Other ____ (Name of country)

Domiciled in U.S.A. Yes X No ___ Address 309 W. 85th Street, New York, N.Y. Author of words & music (State which: words, music, arrangement, etc.)

Name ____ (Give legal name followed by pseudonym if latter appears on the copies) Citizenship: U.S.A. ___ (Check if U.S. citizen) Other ____ (Name of country)

Domiciled in U.S.A. Yes ___ No ___ Address ____ Author of ____ (State which: words, music, arrangement, etc.)

**NOTE:** Leave all spaces of line 4 blank unless your work has been **PUBLISHED.**

**4. (a) Date of Publication:** Give the date when copies of this particular version of the work were first placed on sale, sold, or publicly distributed. The date when copies were made or printed, or the date when the work was performed should not be confused with the date of publication. NOTE: The full date (month, day, and year) must be given.

April 19, 1972
(Month) (Day) (Year)

**(b) Place of Publication:** Give the name of the country in which this particular version of the work was first published.

U.S.A.

**NOTE:** Leave all spaces of line 5 blank unless the instructions below apply to your work.

**5. Previous Registration or Publication:** If a claim to copyright in any substantial part of this work was previously registered in the U.S. Copyright Office in unpublished form, or if any substantial part of the work was previously published anywhere, give requested information.

Was work previously registered? Yes X No ___ Date of registration 1/11/71 Registration number Eu 227475

Was work previously published? Yes ___ No X Date of publication ____ Registration number ____

Is there any substantial **NEW MATTER** in this version? Yes X No ___ If your answer is "Yes," give a brief general (New matter may consist of compilation, arrangement, adapta-

6. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:

MORRIS (EDWIN H.) & COMPANY, INC.

7. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name Etta S. Laufer Address 31 W. 54th St.-New York, N.Y. 10019

8. Send certificate to:

(Type or print name and address)

Name EDWIN H. MORRIS & COMPANY, INC.

Address 31 W. 54th Street (Number and street)

New York, N.Y. 10019 (City) (State) (ZIP code)

9. Certification: (Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

[signature] (Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A Form A—Published book manufactured in the United States of America.

Class A or B
- Form A-B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
- Form A-B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

Class B
- Form B—Periodical manufactured in the United States of America.
- Form BB—Contribution to a periodical manufactured in the United States of America.

Class C Form C—Lecture or similar production prepared for oral delivery.

Class D Form D—Dramatic or dramatico-musical composition.

Class E
- Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.
- Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

Class F Form F—Map.

Class G Form G—Work of art or a model or design for a work of art.

Class H Form H—Reproduction of a work of art.

Class I Form I—Drawing or plastic work of a scientific or technical character.

Class J Form J—Photograph.

Class K
- Form K—Print or pictorial illustration.
- Form KK—Print or label used for an article of merchandise.

Class L or M Form L-M—Motion picture.

Form R—Renewal copyright.

Form U—Notice of use of copyrighted music on mechanical instruments.

FOR COPYRIGHT OFFICE USE ONLY

| |
|---|
| Application received |
| One copy received |
| Two copies received MAY 24 1972 |
| Fee received |
| Renewal |

# CERTIFICATE OF COPYRIGHT REGISTRATION

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

Barbara Ringer
Register of Copyrights
United States of America

REGISTRATION NUMBER
PA 19-151
PA PAU

EFFECTIVE DATE OF REGISTRATION
NOV 20 1978
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)

**1 Title**

TITLE OF THIS WORK: ROCK 'N' ROLL PARTY QUEEN (contained in folio "Grease")

NATURE OF THIS WORK: (See instructions) words, music & arrangement

PREVIOUS OR ALTERNATIVE TITLES:

**2 Author(s)**

IMPORTANT: Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1

NAME OF AUTHOR: Warren Casey
Was this author's contribution to the work a "work made for hire"? Yes No X
DATES OF BIRTH AND DEATH: Born (Year) Died (Year)
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of United States (Name of Country) or Domiciled in (Name of Country)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes No X Pseudonymous? Yes No X
If the answer to either of these questions is "Yes," see detailed instructions attached.
AUTHOR OF: (Briefly describe nature of this author's contribution) words & music

2

NAME OF AUTHOR: Jim Jacobs
Was this author's contribution to the work a "work made for hire"? Yes No X
DATES OF BIRTH AND DEATH: Born (Year) Died (Year)
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of United States (Name of Country) or Domiciled in (Name of Country)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes No X Pseudonymous? Yes No X
If the answer to either of these questions is "Yes," see detailed instructions attached.
AUTHOR OF: (Briefly describe nature of this author's contribution) words & music

3

NAME OF AUTHOR: Warren Casey & Jim Jacobs
Was this author's contribution to the work a "work made for hire"? Yes X No
DATES OF BIRTH AND DEATH: Born (Year) Died (Year)
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of United States (Name of Country) or Domiciled in (Name of Country)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes No X Pseudonymous? Yes No X
If the answer to either of these questions is "Yes," see detailed instructions attached.
AUTHOR OF: (Briefly describe nature of this author's contribution) arrangement

**3 Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED: Year 1978
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date July 11, 1978 (Month) (Day) (Year)
Nation United States (Name of Country)
(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
Warren Casey & Jim Jacobs
c/o Eastman & Eastman, Esqs.
39 West 54th Street
New York, New York 10019

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- Complete all applicable spaces (numbers 5-9) on the reverse side of this page
- Follow detailed instructions attached
- Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

| CHECKED BY: | DEPOSIT RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CORRESPONDENCE: ☐ Yes | NOV 20 1978 | |
| DEPOSIT ACCOUNT FUNDS USED. ☒ | REMITTANCE NUMBER AND DATE: | |

PA 19-151

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM PA/CON)

**5 Previous Registration**

PREVIOUS REGISTRATION:

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes X No
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☒ This is a changed version of the work, as shown by line 6 of the application.
- If your answer is "Yes," give: Previous Registration Number Ep 308775 Year of Registration 1972

**6 Compilation or Derivative Work**

COMPILATION OR DERIVATIVE WORK: (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)

words and music

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

new piano/vocal arrangement by Donald Sosin, employee for hire of Warren Casey and Jim Jacobs

**7 Fee and Correspondence**

DEPOSIT ACCOUNT: (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: MUSIC MANAGEMENT COMPANY

Account Number: DAO 17884

CORRESPONDENCE: (Give name and address to which correspondence about this application should be sent.)

Name: Eastman & Eastman, Esqs.

Address: 39 West 54th Street (Apt)

New York, New York 10019 (City) (State) (ZIP)

**8 Certification (Application must be signed)**

CERTIFICATION: * I, the undersigned, hereby certify that I am the: (Check one)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of claimant space 4 (Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Jerry J. Thomas

Typed or printed name Jerry J. Thomas Date 11/15/78

**9 Address For Return of Certificate**

Eastman & Eastman, Esqs. (Name)

39 West 54th Street (Number, Street and Apartment Number)

New York, New York 10019 (City) (State) (ZIP code)

MAIL CERTIFICATE TO

29 DEC 1978

(Certificate will be mailed in window envelope)

* 17 USC §506(e) FALSE REPRESENTATION—Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Rev. 1977 – 150

U.S. GOVERNMENT PRINTING OFFICE: 1977 O - 248-626

| | |
|---|---|
| Title | ROCK 'N' ROLL PARTY QUEEN |
| Composer | WARREN CASEY & JIM JACOBS |
| Author | SAME |
| Publisher | Edwin H. Morris & Company, Inc. |
| Copyright Date | PENDING |
| Remarks | FROM THE OFF BROADWAY PRODUCTION "GREASE" |